RICHARD J. DOREN, SBN 124666
   rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
   hrichardson@gibsondunn.com
JEREMY S. SMITH, SBN 283812
   jssmith@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendant AETNA HEALTH OF CALIFORNIA INC., and AETNA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNA M. SANZONE-ORTIZ, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>AETNA HEALTH OF CALIFORNIA, INC., and AETNA, INC.,<br><br>           Defendant. | CASE NO. 3:15-cv-3334-WHO<br><br>**ORDER SETTTING BRIEFING SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

**ORDER**

Pursuant to stipulation and agreement between the parties:

- Plaintiff's response to the Aetna Defendants' motion to compel arbitration and to dismiss shall be due October 26, 2015;
- The Aetna Defendants' reply to Plaintiff's response to the Aetna Defendants' motion to compel arbitration and to dismiss shall be due November 16, 2015;
- The hearing on the Aetna Defendants' motion to compel arbitration and to dismiss, currently scheduled for November 18, 2015, will be moved to December 16, 2015 at 2:00 p.m.; and
- The Initial Case Management Conference, currently scheduled for October 13, 2015, will also be continued until December 16, 2015.

**IT IS SO ORDERED.**

Dated: October 7, 2015

_____
The Honorable William H. Orrick
United States District Judge