GEOFFREY M. SIGLER, DC Bar No. 478390
(*pro hac vice*)
gsigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

JEREMY S. SMITH, SBN 283812
jssmith@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants AETNA HEALTH OF CALIFORNIA INC. and AETNA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANNA M. SANZONE-ORTIZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AETNA HEALTH OF CALIFORNIA, INC., and AETNA, INC.,

Defendants.

CASE NO. 3:15-cv-3334-WHO

**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON PENDING MOTIONS**

**ORDER**

Pursuant to stipulation and agreement between the Parties, **as modified below**, and for good cause shown:

- Plaintiff will file a single consolidated brief that will serve as a reply in support of her Motion and opposition to Aetna's cross motion to compel arbitration on or before March 14, 2016;
- Plaintiff will be permitted in her consolidated brief to combine the page limits of an opposition brief and reply brief;
- Aetna will file a reply in support of the cross motion to compel arbitration on or before April 5, 2016;
- The hearing on Plaintiff's Motion currently scheduled for March 9, 2016, will be moved to April **20**, 2016 at 2:00 p.m., at which time the Court will also consider Aetna's cross motion to compel arbitration that is brought in alternative.

**IT IS SO ORDERED**.

Dated: February 22, 2016

Hon. William H. Orrick
United States District Court Judge
Northern District of California