UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA M. SANZONE-ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>AETNA HEALTH OF CALIFORNIA, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-03334-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 48 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: December 19, 2016

WILLIAM H. ORRICK
United States District Judge